EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Violent Crimes

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00003 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| BRYAN G. PORCELLO, ) | [18 U.S.C. § 922(g)(9)] |
| Defendant. ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 8 2004
at 10 o'clock and 10 min. A. M.
WALTER A. Y. H. CHINN, CLERK

INDICTMENT
(18 U.S.C. § 922(g)(9))

The Grand Jury charges that:

On or about December 6, 2003, in the District of Hawaii, defendant BRYAN G. PORCELLO, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit: a

North American Arms, caliber .22 Long Rifle revolver.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: January 8, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. BRYAN G. PORCELLO
Cr. No.
"INDICTMENT"

2