EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Violent Crimes

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 20 2004

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00003 SOM |
| Plaintiff, ) | |
| vs. ) | ORDER FOR DISMISSAL |
| BRYAN G. PORCELLO, ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant BRYAN G. PORCELLO on the grounds that there is insufficient evidence to prosecute after this Honorable Court's "Order Granting Motion to Suppress Evidence,"

filed on July 16, 2004. This court held that the traffic stop in the above-captioned case violated the Fourth Amendment and that the evidence recovered as a result of the stop, including the firearm subject of the Indictment, must be suppressed. Accordingly, the government cannot pursue a prosecution alleging that the defendant was a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

The defendant is in custody on the dismissed charge listed above and should be released forthwith.

DATED: July 20, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By_____
WES REBER PORTER
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

ALAN C. KAY
_____
SUSAN OKI MOLLWAY
U.S. District Judge

United States v. BRYAN G. PORCELLO
Cr. No. 04-00003 SOM
"Order for Dismissal"

2